**DISMISS and Opinion Filed May 12, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-11-00517-CV**

**CARY SCHULMAN AND JENNIFER LUGO, Appellants**

**V.**

**JIM AND DEBRA ROSS, Appellees**

**On Appeal from the County Court**
**Rockwall County, Texas**
**Trial Court Cause No. CI-11-030**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

We reinstate this appeal. In 2012, we withdrew our mandate and abated this case due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on October 16, 2013, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

110517F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GARY SCHULMAN AND
JENNIFER LUGO, Appellants

No. 05-11-00517-CV      V.

JIM AND DEBRA ROSS, Appellees

On Appeal from the County Court,
Rockwall County, Texas
Trial Court Cause No. CI-11-030.
Opinion delivered by Chief Justice
Burns. Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered May 12, 2021